*Motion to Seal 10cr 10305 RGS*

6. Provide a complete and detailed account of the offense for which you seek pardon. You are expected to describe in your own words the relevant factual circumstances of the offense. Do not simply repeat the description of the offense contained in the indictment or presentence report, or rely on criminal code citations alone. If the conviction resulted from a plea agreement, you should describe the full extent of your involvement in the criminal conduct, in addition to the charge(s) to which you pled guilty. If you need more space, use the optional continuation page.

#1
United States Federal Court Boston Massachusetts                     June 2017

Dear Honorable Judge Stearns

My name is Thomas James Chapman, as I write this letter to you I have the HOLY BIBLE on my left side. I'm writing you this letter for FORGIVENESS, Expungment, of my Federal Charges that were brought against me back in July 2010 which were Theft of a Government form, Conveyance. My most foregoing job was with US Customs Border Protection Port of Boston. I'm a Veteran of the Masschuttest ARMY National Gaurd 24 Honorable Years.

While I was working for (USCBP Port of Boston) on the day of March 13th 2010, We had a International Diversion from JFK Airport NY to Logan Airport Boston. I happen to meet the Honorable Neil Armstrong coming though our (Global Entry Line for VIP). I greeted Mr. Armstrong saying welcome home, he replied back to me Thank you. Mr. Armstrong an I talk for a few minutes. Mr. Amstrong ask me where do I go from here I said it be a Honor to assist you I ask Mr. Armstrong for his US Customs Declaration Form, then took his Luggage cart escorted Mr.Armstrong outside of the US Customs Hall, to the bus going to JFK Airport. Mr Armstrong was thankful for my assistance, it was a Honor to assist Neil Armstrong.

Your Honor
At the time I knew I had Neil Armstrong(USCD Form) in my possession instead of placing it back into the box with the other (CD Forms) At the time when I met Neil Armstrong, I was going though a emotional stage of my LIFE as stated in my Presidential Pardon Letter to the President, with 3Blessed Family Members dying in a Year time from Jan2009. Aug2009 3/24/2010

When these Federal Charges were brought against me back in July 2010 ,by Department of Homeland Security it was a setback in My LIFE. Knowing I made a bad misjudgement on the Day of March 13th 2010 , when I met the Honorable Neil Armstong coming though the process of US Customs Border Protection by keeping his (USC D Form) to which I ment no Harm to Mr. Armstrong, or Family name US Customs Border Protection Port of Boston, when these Federal Charges were brought against me back in July 2010, Including the Media Spotlight--

6.  **Provide a complete and detailed account of the offense for which you seek pardon. You are expected to describe in your own words the relevant factual circumstances of the offense. Do not simply repeat the description of the offense contained in the indictment or presentence report, or rely on criminal code citations alone. If the conviction resulted from a plea agreement, you should describe the full extent of your involvement in the criminal conduct, in addition to the charge(s) to which you pled guilty. If you need more space, use the optional continuation page.**

Your Honor

I know I made a inaccuracy decision on the day of March 14th 2010, when I gave the US Customs Declaration Form to a friend Bill.C W to look at and just to compare Neil Armstrong signature with other autographs he has then to return the (CD Form of Neil Armstrong) back to me before my Bless Brother Funeral as stated in my Presidential Pardon, GOD HONEST TRUTH. Then friend went ahead to try to sell the US Customs Declaration Form of Neil Armstrong with out my permission in July 2010 for which I would have said NO! GOD HONEST TRUTH. For which at the time I was still working for (USCBP Port of Boston). And Dealing with My LIFE crises at the time was hard on me with having 3 Blessed Family passing away to the LORD HOUSE. My OIC of CBP Agriculture was supported of My Family and I GOD BLESS ANGEL OIC CBP Staff Port of Boston. Attorney Clayman advise me to plea guilty to both Federal Charge that were brought against me, he understood what I was going though in My Lif

Your Honor

I have Deep remorse for my actions that I took on the day of March 13th 2010, what transpired with the US Customs Declaration Form of the Honorable Neil Armstrong among friends and I with the Media attention when these Federal Charges were brough against me in JULY 2010 in regarding Neil Armstrong US Customs Border Protection Port of Boston., Myself I got.

Your Honorable Judge Streans

I'm asking you in a act of Forgivness, Kindness, Compassion to consider my Federal Charges that were brought against me to be Expunge from my LIFE for which I was charge with back in the Year of March 2010 / July 2010 when I met the Honorable Neil Armstrong. GOD WILLING I be receiving a PRESIDENTAL Pardon from the PRESIDENT of the UNITED STATES in February 2018 for FORGIVENESS of the Federal Charges that were broght against me in July 2010 -- Your Honor

GOD BLESS You Family, GOD BLESS OUR MILITAREY

GOD BLESS AMERICA                    Sincerly Thomas James Chapman